Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for Zackery Sperow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT (OAKLAND)

| | |
|---|---|
| Andres Gomez, <br><br> Plaintiff, <br><br> vs. <br><br> Zackery Sperow, <br><br> Defendants, | **CASE NO.: 4:21-cv-07852-YGR** <br><br> The Honorable Yvonne Gonzalez Rogers <br> **REQUEST FOR REMOTE APPEARANCE AND PROPOSED ORDER** <br> Hearing Date: June 1, 2022 <br> Hearing Time: 9:00 AM |

**REQUEST FOR REMOTE APPEARANCE AND PROPOSED ORDER**

There is a hearing on the within matter that is set to take place on June 1st, 2022 at 9:00 AM.

Defense counsel Ara Sahelian is confined to a wheelchair and respectfully requests a telephonic appearance. If he were to appear at the hearing in person, he would need to secure assistance to drive up to the Bay Area in his specially equipped vehicle. He would also need to secure an accessible hotel room. This presents an exceptional amount of effort for a hearing on Motion for Reconsideration.

Additionally, this attorney has a trial that commences the next day, June 2nd, 2022, at 8:30 AM. (Arroyo v. Kazmo, LLC, case number 20STLC03483 in the Los Angeles Superior Court).

A remote appearance will be much appreciated.

DATED: May 25, 2022					SAHELIAN LAW OFFICES

					_____/s/ Ara Sahelian
					Attorney for Defendant
					Ara Sahelian

# [PROPOSED] ORDER

For good cause shown, IT IS SO ORDERED.that the hearing in the within matter will be held remotely via video or through telephonic appearance.

Dated:_____

_____
The Honorable Yvonne Gonzalez Rogers
Judge of the Northern District