1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRES GOMEZ**<br><br>        Plaintiff,<br><br>    vs.<br><br>**ZACKERY SPEROW**<br><br>        Defendant. | **ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING HEARING ON JUNE 1, 2022**<br><br>CASE NO.  21-cv-7852-YGR |
| **ORLANDO GARCIA**<br><br>        Plaintiff,<br><br>    vs.<br><br>**SUN-HAYWARD, LLC**<br><br>        Defendant. | CASE NO.  21-cv-8574-YGR |
| **SCOTT JOHNSON**<br><br>        Plaintiff,<br><br>    vs.<br><br>**SAVVY CELLAR WINES**<br><br>        Defendant. | CASE NO.  21-cv-9163-YGR |
| **SCOTT JOHNSON**<br><br>        Plaintiff,<br><br>    vs.<br><br>**DK HAWAIIAN BBQ, INC.**<br><br>        Defendant. | CASE NO.  21-cv-9272-YGR |

United States District Court
Northern District of California

1  **BRIAN WHITAKER**

2          Plaintiff,

3      vs.

4  **SALAH R. SALAH.**                    CASE NO.  21-cv-9548-YGR

5          Defendant.

6  **ORLAND GARCIA**

7          Plaintiff,

8      vs.

9  **SWEET MOMENT SM**

10         Defendant.                      CASE NO.  21-cv-9657-YGR

11 **ANDRES GOMEZ**

12         Plaintiff,

13     vs.                                 CASE NO.  22-cv-471-YGR

14 **ELEGANCE PROPERTIES, LLC**

15         Defendant.

16     This Court specially set a hearing on all the captioned matters for June 1, 2022.  Now, a

17 few days before the hearing, two defense counsel are asking to appear remotely; one with a more

18 compelling reason than the other.  Remote appearance for these motions is not an option.  Further,

19 given the overlap on issues, and given the judicial emergency in this district, the Court will hear

20 argument on all the motions on the same day.

21     Accordingly, the parties **SHALL MEET AND CONFER** to determine whether the hearing date

22 on the pending issues should be changed to another day in June 2022.  The parties **SHALL** provide

23 with Court with two agreeable options.  Given that the Court is no longer in trial, the Court has a

24 measure of flexibility.

25     Failure to comply with this Order shall result in appropriate sanctions.  The parties shall

26 provide the Court with the options by noon on Monday, May 30, 2022 via

27 email:  ygrchambers@cand.uscourts.gov.

28     **IT IS SO ORDERED.**

2

Dated: May 26, 2022

_____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California