**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDRES GOMEZ,**<br>　　　　　Plaintiff,<br>　　v.<br>**ZACKERY SPEROW,**<br>　　　　　Defendant. | Case No. 4:21-cv-07852-YGR<br><br>**ORDER TERMINATING THE CASE** |

On June 9, 2022, the Court dismissed plaintiff's complaint with leave to amend. The deadline for plaintiff to amend was June 23, 2022. Plaintiff was warned that failure to timely amend would result in dismissal with prejudice. Having failed to timely amend, the Court dismisses this case with prejudice.

The Clerk is **DIRECTED** to terminate the case.

**IT IS SO ORDERED.**

Dated: June 24, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**